**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

QUONZELL LEE, : No. 149 MM 2017
:
           Petitioner :
:
:
:
        v. :
:
:
:
PENNSYLVANIA BOARD OF :
PROBATION & PAROLE AND :
ATTORNEY GENERAL JOSH SHAPIRO, :
:
         Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.